UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.: 4:16CR 00240 BSM |
| | ) | |
| v. | ) | Title 18, U.S.C. § 924(c) |
| | ) | Title 21, U.S.C. § 841(a)(1) |
| AMY ELIZABETH HARTSELL | ) | |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 18 2016
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

*(Possession of Methamphetamine with the Intent to Distribute)*

On or about January 6, 2016, in the Eastern District of Arkansas, the defendant,

AMY ELIZABETH HARTSELL,

did knowingly and intentionally possess with the intent to distribute approximately 14.23 grams of a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, § 841(a)(1) & (b)(1)(C).

### COUNT 2

*(Possession of a Firearm in Furtherance of Drug Trafficking)*

On or about January 6, 2016, in the Eastern District of Arkansas, the defendant,

AMY ELIZABETH HARTSELL,

did knowingly possess a firearm, to wit: a Ruger Model 10/22, .22 caliber rifle, bearing serial number 354-91086, in furtherance of a drug trafficking crime for which she may be prosecuted in a court of the United States, to wit: possession of methamphetamine with the intent to distribute, all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION 1

Upon conviction of Count One, the defendant AMY ELIZABETH HARTSELL, shall forfeit to the United States, under 21 USC § 853, all property, use, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, including but not limited to the following specific property:

a) One (1) Ruger Model 10/22, .22 caliber rifle bearing serial number 354-91086,

b) One box of fifty (50) rounds of .22 caliber ammunition.

All pursuant to 21 U.S.C. § 853.

## FORFEITURE ALLEGATION 2

Upon conviction of one or more of the offenses alleged in Count Two of this Indictment, defendant AMY ELIZABETH HARTSELL, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm and all ammunition involved in the commission of the offense, including but not limited to the following:

a) One (1) Ruger Model 10/22, .22 caliber rifle bearing serial number 354-91086,

b) One box of fifty (50) rounds of .22 caliber ammunition.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

(END OF TEXT.  SIGNATURE PAGE ATTACHED)